IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANITA F. HEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0926 |
| | ) | Judge Trauger |
| TOM VILSACK, Secretary, Department of | ) | Magistrate Judge Brown |
| Agriculture, USDA Agricultural Marketing | ) | |
| Services Agency, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On May 27, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 33), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion to Dismiss is **DENIED**, but its Alternative Motion to Transfer Venue (Docket No. 21) is **GRANTED**, and the Clerk shall **TRANSFER** this case to the Eastern District of North Carolina.

It is so **ORDERED.**

Enter this 3rd day of August 2011.

ALETA A. TRAUGER
U.S. District Judge