# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| ANITA F. HEAD, | ) |
| | ) |
|     Plaintiffs, | ) |
| | )    **JUDGMENT IN A CIVIL CASE** |
| v. | )    **CASE NO. 5:11-CV-408-D** |
| | ) |
| TOM VILSACK, *Secretary, Department of* | ) |
| *Agriculture, USDA Agricultural Marketing* | ) |
| *Services Agency*, | ) |
| | ) |
|     Defendants. | ) |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS the Defendants' Motion for Summary Judgment [D.E. 46]. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JANUARY 17, 2013** WITH A COPY TO:

Anita F. Head, Pro se (via USPS to 3265 Gause Road, Pleasant View, TN 37146)
Seth Wood (via CM/ECF Notice of Electronic Filing)


<u>January 17, 2013</u>                                        JULIE A. RICHARDS, Clerk
Date                                                           Eastern District of North Carolina

                                                                           /s/ Debby Sawyer
                                                                           (By) Deputy Clerk

Raleigh, North Carolina